666 A.2d 160

IN THE MATTER OF CARLOS A. FERREIRA,
AN ATTORNEY AT LAW.

November 3, 1995.

### ORDER

This matter having been duly presented to the Court, it is ORDERED that **CARLOS A. FERREIRA** of **LAKEWOOD,** who was admitted to the bar of this State in 1988, and who was thereafter temporarily suspended from the practice of law by Order of this Court dated September 20, 1995, be restored to the practice of law, effective immediately.